O

FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2019
CENTRAL DISTRICT OF CALIFORNIA
BY AF/JM DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Elidoro DelToro Defendant. | Case No. CR17-259 ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) · Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of Cal involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A.  (X) the appearance of defendant as required; and/or

   B.  ( ) the safety of any person or the community.

///
///
///
///
///

1  2.  The Court concludes:
2      A.  ( ) Defendant has failed to demonstrate by clear and
3          convincing evidence that he is not likely to pose
4          a risk to the safety of any other persons or the
5          community. Defendant poses a risk to the safety
6          of other persons or the community based on:
7          _____
8          _____
9          _____
10         _____
11         _____
12     B.  (✓) Defendant has failed to demonstrate by clear and
13         convincing evidence that he is not likely to flee
14         if released. Defendant poses a flight risk based
15         on:  _____See PSR report_____
16         _____
17         _____
18         _____
19         _____

IT IS ORDERED that defendant be detained.

DATED: June 19, 2019

_____
Frederick F. Mumm
United States Magistrate Judge